**UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT**

**No. 99-60569
Summary Calendar**

**CHARLES SANDERS, ET AL.,**

**Plaintiff,**

**CHARLES SANDERS,**

**Plaintiff--Appellant,**

**versus**

**SAMUEL L. CAUTHEN, ET AL.,**

**Defendants-Appellees.**

**Appeal from the United States District Court
for the Southern District of Mississippi
Lower Court No. 5:98-CV-130-BrS**

February 29, 2000

Before JOLLY, JONES, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

Appellant Charles Sanders sued the Adams County Board of Supervisors and the Natchez-Adams County Board of Trustees ("Appellees"), alleging that the procedure used to constitute the school board of the Natchez-Adams School District violated the Equal Protection Clause of the United States Constitution. The district court granted summary judgment in favor of Appellees.

Having reviewed the parties' briefs, the district court's opinion, and pertinent sections of the record, this Court agrees that the Mississippi Uniform School Law did not impliedly repeal those sections of the Mississippi Code that govern the constitution of the

---

[*]Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except for the limited circumstances set forth in 5TH CIR. R. 47.5.4.

board of a special municipal separate school district.  This Court therefore affirms for essentially the same reasons stated by the district court.

**AFFIRMED.**